UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-62093-CIV-HUCK/O'SULLIVAN

METRO CRUISE SERVICES, LLC,
     Plaintiff,

v.

BROWARD COUNTY,
     Defendant.
_____/

**ORDER**

THIS MATTER came before the Court on an informal discovery conference held before the undersigned on February 17, 2009.  Having held a hearing in this matter, it is

ORDERED AND ADJUDGED that the subject 30(b)(6) deposition requested by the plaintiff shall be conducted as soon as possible, but at the latest by February 27, 2009.  It is further

ORDERED AND ADJUDGED that a protective Order is issued as to the depositions of the nine (9) Broward County Commissioners, including the Mayor and Vice Mayor.  Legislative immunity, as recognized by the Eleventh Circuit Court of Appeals, applies to the case at bar. The Commissioners were acting in furtherance of their legitimate legislative duties in this case, and they have absolute immunity for conduct which furthers those legislative duties.  See DeSisto College, Inc., v. Line, 888 F.2d 755, 765 (11th Cir. 1989).  See also M Securities and Investments, Inc. v. Miami-Dade County, Florida, 2001 WL 1685515 *2 (S.D.Fla. 2001).

DONE AND ORDERED, in Chambers, at Miami, Florida, this 17th day of February, 2009.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record